ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of - | ) | |
| | ) | |
| Caddell Construction Co. (DE), LLC | ) | ASBCA No. 62424 |
| | ) | |
| Under Contract No. N69450-14-C-1756 | ) | |

APPEARANCES FOR THE APPELLANT:      James K. Bidgood, Jr., Esq.
Jonathan R. Mayo, Esq.
Smith, Currie & Hancock LLP
Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:      Craig D. Jensen, Esq.
Navy Chief Trial Attorney
Ellen M. Evans, Esq.
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: August 3, 2021

LAURA J. EYESTER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62424, Appeal of Caddell Construction Co. (DE), LLC, rendered in conformance with the Board's Charter.

Dated: August 3, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals